IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RYAN JARROD STANFORD,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. 5:07-cv-16 (CAR) |
| **UNITED STATES SUPREME COURT; President GEORGE W. BUSH; and WILLIAM K. SUTER,** | : |
| **Defendants.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed January 29, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 29th day of January, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**